IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVY SEAL 1, NAVY SEAL 2, NAVY SEAL 3, and NAVY SEAL 4,<br><br>   Plaintiffs,<br><br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of the United States Department of Defense; CARLOS DEL TORO, in his official capacity as Secretary of the United States Navy; and ADMIRAL MICHAEL M. GILDAY, individually and in his official capacity as Chief of Naval Operations,<br><br>   Defendants. | Case No. 1:22-cv-00688<br><br>Hon. Colleen Kollar-Kotelly |

**UNOPPOSED MOTION TO FILE SINGLE RESPONSE ON OR BEFORE SEPTEMBER 13, 2022 TO MOTIONS TO DISMISS**

Plaintiffs Navy SEAL 1, Navy SEAL 2, Navy SEAL 3, and Navy SEAL 4 (collectively "Plaintiffs"), by and through counsel, hereby move this Court for permission to file a single response on or before September 13, 2022, to Defendants' motions to dismiss (Doc. Nos. 44 & 45). In support of this motion, Plaintiffs state as follows:

1. On August 23, 2022, Defendants Austin, Del Toro, and Gilday, in their official capacities, filed a motion to dismiss. (Doc. No. 44). That same day, Defendant Gilday, in his individual capacity, filed a motion to dismiss. (Doc. No. 45). Per the Local Rules, Plaintiffs' responses to the motions are due on or before September 6, 2022.

2. By way of this motion, Plaintiffs seek permission to file a single response to the two motions to dismiss. Plaintiffs also seek a 7-day extension to file this response. <u>Defendants do not oppose this motion</u>.

3. The motions to dismiss are based upon the same set of operative facts. And there is substantial overlap between the motions as they each raise similar issues (failure to exhaust administrative remedies and ripeness). Consequently, to avoid redundant responses, and the concomitant waste of time and resources caused by drafting such responses, Plaintiffs seek permission to file a single response. Plaintiffs believe that it is in the best interests of all parties and this Court to file a single response addressing all of the issues presented by Defendants.

4. Moreover, Plaintiffs' lead counsel was out of the office from August 15, 2022 through August 26, 2022, inclusive, and in light of the need to respond to two motions to dismiss, seeks a modest 7-day extension of time in which to respond to the motions. This extension will cause no prejudice to any party, and Defendants do not oppose it.

WHEREFORE, Plaintiffs request permission to file a single response on or before September 13, 2022, to Defendants' motions to dismiss.

Respectfully submitted,

AMERICAN FREEDOM LAW CENTER

/s/ *Robert J. Muise*
Robert J. Muise, Esq. (D.C. Court Bar No. MI 0052)
P.O. Box 131098
Ann Arbor, Michigan 48113
Tel: (734) 635-3756
rmuise@americanfreedomlawcenter.org

/s/ *David Yerushalmi*
David Yerushalmi, Esq. (DC Bar No. 978179)
2020 Pennsylvania Avenue NW, Suite 189
Washington, D.C. 20001
dyerushalmi@americanfreedomlawcenter.org
(646) 262-0500

*Counsel for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the court's electronic filing system. Parties may access this filing through the court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically: None.

                      AMERICAN FREEDOM LAW CENTER

                      /s/*Robert J. Muise*
                      Robert J. Muise, Esq.