# EXHIBIT 1

## Declaration of Navy Seal 3

## [FILED UNDER SEAL]