IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NAVY SEALS 1-4**<br><br>                Plaintiffs,<br><br>   v.<br><br>**LLOYD AUSTIN,** in his official capacity as the Secretary of Defense, **CARLOS DEL TORO**, in his official capacity as Secretary of the Navy, and **ADMIRAL MICHAEL GILDAY,** individually and in his official capacity as the Chief of Naval Operations<br><br>                Defendants. | Case No. 22-cv-00688 |

### SECOND DECLARATION OF CAPTAIN MERY-ANGELA SANABRIA KATSON

I, Captain Mery-Angela Sanabria Katson, U.S. Navy, hereby state and declare as follows:

1. I am a captain in the United States Navy, currently serving as the Deputy Director, Military Personnel Plans and Policy as well as the Branch Head, Enlisted Plans and Policy (OPNAV N132), located in Arlington, Virginia. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. Per 10 U.S.C. § 8330, an enlisted member of the Regular Navy or the Navy Reserve who has completed 20 or more years of active service in the armed forces may, at his request, be transferred to the Fleet Reserve. In accordance with MILPERSMAN 1830-040, "Members of the Fleet Reserve may be ordered to active duty without their consent in time of:

1

(1) War or national emergency declared by the Congress, for the duration of the war or national emergency and for 6 months thereafter; or (2) National emergency declared by the President or when otherwise authorized by law." Individuals who leave active duty service and become members of the Fleet Reserve are not subject to any Navy vaccination requirement. In his guidance memorandum of August 24, 2021, the Secretary of Defense directed full vaccination of all members of the Armed Forces under Department of Defense authority on active duty or in the Ready Reserve, including the National Guard, who are not fully vaccinated against COVID-19. Any group not mentioned in this guidance is not included within this mandate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this XX day of September 2022.

Mery-Angela Sanabria Katson

Captain, U.S. Navy