IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, <br>     Plaintiffs, <br> v. <br> LLOYD AUSTIN, <br> Secretary of Defense, *et al.*, <br>     Defendants. | Case No. 1:22-cv-00688 (CKK) |

**DEFENDANTS' NOTICE OF RECISSION OF
DOD COVID-19 VACCINATION REQUIREMENT**

Defendants file this notice to inform the Court that on January 10, 2023, the Secretary of Defense implemented Section 525 of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023 ("NDAA"). *See* Pub. L. No. 117-263, § 525 (Dec. 23, 2022), 136 Stat 2395. Section 525 of the NDAA directs the Secretary, within 30 days, to rescind the August 2021 memorandum requiring vaccination of service members for COVID-19.

Pursuant to the NDAA, the Secretary of Defense issued a memo on January 10, 2023, rescinding his August 24, 2021 memorandum which required COVID-19 vaccination, and rescinding his November 30, 2021 memorandum which required COVID-19 vaccination for members of the National Guard and the Ready Reserve. *See* 1/10/2023 SECDEF Memo ("Rescission Memo") (attached as Ex. 1).

The Rescission Memo prohibits separations based solely on refusal of the COVID-19 vaccine by service members who sought an exemption. *Id*. The Rescission Memo further directs the Services to update the records of individuals currently serving to remove any adverse actions solely associated with the denial of an accommodation request. *Id*. The Rescission Memo also halts the processing of requests for exemption to the now-defunct mandate. *Id*.

Defendants will file a substantive response to Plaintiff's Response to Show Cause, ECF No. 52, on January 17, 2023.[1]

| | |
|---|---|
| Dated: January 11, 2023 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| | ALEXANDER K. HAAS<br>Director, Federal Programs Branch |
| | ANTHONY J. COPPOLINO<br>Deputy Branch Director<br>Federal Programs Branch |
| | *s/ Cassandra Snyder*<br>ANDREW E. CARMICHAEL, VA Bar. #76578<br>Senior Trial Counsel<br>MICHAEL P. CLENDENEN, DC Bar #1660091<br>CASSANDRA M. SNYDER, DC Bar #1671667<br>JOHNNY H. WALKER, DC Bar # 991325<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 451-7729<br>Fax: (202) 616-8470<br>Email: cassandra.m.snyder@usdoj.gov |
| | *Attorneys for Defendants* |

---

[1] This Court ordered Defendants to file a response to Plaintiff's Response to Show Cause "no later than five days after the recission of the vaccine mandate at issue in this case."  Five days after January 10, 2023, falls on Sunday, January 15, 2023.  The following day, January 16, 2023, is a federal holiday.  Accordingly, Defendants will file their response no later than January 17, 2023.  *See* Fed. R. Civ. P. 6(a)(1)(C).