**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NAVY SEAL 1, *et al.*,<br><br>          Plaintiffs<br><br>     v.<br><br>LLOYD AUSTIN, in his official capacity as<br>Secretary of the United States Department of<br>Defense, *et al.*,<br><br>          Defendants. | Civil Action No. 22-0688 (CKK) |

**ORDER**
(March 10, 2023)

     In light of the United States Court of Appeals for the District of Columbia Circuit's March 10, 2023 Order finding this matter moot, it is hereby

     **ORDERED**, that this case is **DISMISSED AS MOOT**.

     The Clerk of Court is respectfully directed to terminate all pending motions and close this case.

     **SO ORDERED**.

Dated: March 10, 2023

                              ____/s/_____
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge